# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-14674 WV  
**Case Name:** KUNNANZ, JASON PAUL  
SPERLING-KUNNANZ, MEAGAN ELAINA  
**Period Ending:** 12/09/09

**Trustee:** (560070)   LYLE R. NELSON  
**Filed (f) or Converted (c):** 08/26/09 (f)  
**§341(a) Meeting Date:** 09/22/09  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Lot Thirteen (13), of Block Five (5), in Griggs Addition, and Addition to the City of Mustang, Canadian County, Oklahoma, according to the recorded plat thereof aka 1038 West Gladys Way, Mustang OK (Lien $98,646.00) | 95,000.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 2 | Cash on hand. | 18.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account at MidFirst Bank | 46.60 | 0.00 | DA | 0.00 | FA |
| 4 | Security Deposit Caddo Electric Coop | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Books & Pictures | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding rings | 1,450.00 | 0.00 | DA | 0.00 | FA |
| 9 | OK Teacher's Retirement | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | The Hartford Investment and Savings Plan | 3,622.97 | 0.00 | DA | 0.00 | FA |
| 11 | 1994 Ford Thunderbird 1FALP62W1RH199416 with 150,000 miles | 1,475.00 | 0.00 | DA | 0.00 | FA |
| 11 | **Assets** **Totals** (Excluding unknown values) | **$104,962.57** | **$5,000.00** | | **$0.00** | **$5,000.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-14674 WV  
**Case Name:** KUNNANZ, JASON PAUL  
SPERLING-KUNNANZ, MEAGAN ELAINA  
**Period Ending:** 12/09/09

**Trustee:** (560070)   LYLE R. NELSON  
**Filed (f) or Converted (c):** 08/26/09 (f)  
**§341(a) Meeting Date:** 09/22/09  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Possible pref claim on second mortgage with individual, appears unperfected.  Value of claim in light of first mortgage to be investigated-r
12/09/09-a prepare and efile Form 1.

**Initial Projected Date Of Final Report (TFR):** September 22, 2011      **Current Projected Date Of Final Report (TFR):** September 22, 2011

Printed: 12/09/2009 02:16 PM    V.11.53